IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA J. GENTRY, | |
| Plaintiff, | 4:18-CV-3044 |
| vs. | MEMORANDUM AND ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis (filing 2). The plaintiff's application demonstrates that the plaintiff is eligible to proceed in forma pauperis.

IT IS ORDERED:

1. Plaintiff's application to proceed in forma pauperis is granted, and the complaint shall be filed without payment of fees.

2. The Clerk of the Court shall send a copy of this memorandum and order together with three summons forms and three copies of Form 285 to the plaintiff's attorney of record for service of process on the United States.

3. If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from the plaintiff. In making such a request, plaintiff's counsel must complete the

Marshal's Form 285, to be submitted to the Marshal with the completed summons forms and copies of the complaint. Without those forms, service of process by the Marshal cannot occur.

4. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 23rd day of March, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge