**IMPORTANT NOTICE:** AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. **DO NOT** ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Sandra Gentry, | ) | Case Number: 4:18-CV-3044 |
| | ) | |
| Plaintiff(s), | ) | CONSENT TO EXERCISE OF JURISDICTION |
| v. | ) | BY A UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| /s/ Karl E. Osterhout | For Sandra Gentry, Plaintiff | June 22, 2018 |
| [signature] | For Defendant | 6/25/18 |
| | For | |
| | For | |

DISTRICT JUDGE OPTION

Pursuant to 28 U.S.C. § 636(c)(2) and Fed. R. Civ. P. 73, the parties in this case hereby acknowledge the availability of a United States Magistrate Judge but elect to have this case randomly assigned to a United States District Judge.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| | For | |
| | For | |
| | For | |
| | For | |

## ORDER OF REFERENCE

    IT IS HEREBY ORDERED that this case be referred to the Honorable __Cheryl R. Zwart__ _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

| | |
|---|---|
| _____June 25, 2018_____ <br> Date | _____/s/ John M. Gerrard_____ <br> United States District Judge |

clerk\proc\forms\consent.frm <br>
04/13/11